1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FNS, INC., a California corporation,<br><br>      Plaintiff,<br><br>v.<br><br>PROACTIVE SUPPLY CHAIN GROUP USA INC., a Texas Corporation doing business as "PROACTIVE GROUP USA INC." and "PROACTIVE SPECIALIZED LOGISTICS USA"; ACE LOGISTICS INC., a Virginia Corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants.<br><br>And Related Cross-Action. | No. 2:24-cv-02221 JAK (MARx)<br><br>**JUDGMENT**<br><br>==JS-6: CASE CLOSED== |

1

Pursuant to the Motion for Entry of Default Judgment ("Motion") of Cross-Complainant ("Proactive"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment be entered in this matter, in favor of Proactive, and against Cross-Defendant Ace Logistics Inc. ("Ace Logistics" or "Cross-Defendant") in the amount of $295,950.48; which is a sum of the following:

a. Damages for breach of contract and indemnity in the amount owed of $280,000;

b. Attorneys' fees in the amount of $9200.00 pursuant to Proactive's Broker-Carrier Agreement and L.R. 55-3; and

c. Prejudgment interest in the amount of $6750.48 at the statutory rate of 10% per annum, from May 23, 2025 (the date that the Settlement Amount was paid by Proactive), to August 19, 2025 (the date this judgment is entered).

2. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

Date:  August 19, 2025

_____
John A. Kronstadt
United States District Court

2